HARVEY B. SPROUL, Respondent, v. SAMUEL BESKIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

FREDERICK C. THURBER, Respondent, v. ADDIE M. LOSEE, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, upon the ground that the rule excluding personal transactions with a deceased party was violated upon the trial. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

RAYMOND A. WALSH and MATTHEW J. WALSH, JR., Copartners, etc., Respondents, v. JAMES TALCOTT, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

ESTHER L. WILSON, as Executrix, etc., of CHARLES Y. WILSON, Deceased, Respondent, v. CHARLES A. ELSBERG, Appellant.— Judgment and order reversed and a new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of the evidence upon the question whether or not the gauze was left in the wound by the defendant, the operating surgeon. Mills and Jaycox, JJ., concur; Rich, J., concurs, and also votes to reverse upon the ground that the finding that the death was proximately caused by leaving the gauze in the wound was against the weight of the evidence; Blackmar, P. J., and Putnam, J., vote to affirm.